Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

GREG SPAK, Trustee of the Cherry Blossom Revocable Inter Vivos Trust, and A.E. MOTORCYCLE TECH, INC., a California corporation, assignee of Leslie Gladstone, Chapter 7 Trustee of the Bankruptcy Estate of Barrie Morine Logan,

vs Plaintiffs,

COMERICA, INC., a Delaware corporation; MILLER, MONSON, PESHEL, POLACEK & HOSHAW, a partnership of professional law corporations

Defendants.

FILED
2008 AUG 14 PM 1:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1482 DMS POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gregory Grantham, Esq. # 125732
13902 Gershon Place
Santa Ana, California 92705
Tel (714) 544-1276
Fax (714) 544-2307

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMBERLY

By _____, Deputy Clerk

AUG 14 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)